**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6444**

BENORD ANGELO BURRELL,

        Plaintiff - Appellant,

        v.

WARDEN RODERICK R. SOWERS, et al; GARY D. MAYNARD, Secretary
of D.P.S.C.S.; J. MICHAEL STOUFFER, Commissioner of
Correction; KEITH L. LYONS, Assistant Warden; DICKERSON,
Lt., Intelligence/Security Officer; AMBROSE, Lt.,
Intelligence Officer; MILLER, Case Management Specialist;
JOHN ROWLEY, Warden, North Branch Correctional Institution;
JAMES K. HOLWAGER, Ph.D.; RICHARD GRIAHAM, Assistant Warden;
THOMAS, Lt.; MR. LILLER, Case Management Supervisor; MR.
HOFFMEN, Case Management Specialist; SIRUS, Sgt.,

        Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Peter J. Messitte, Senior District
Judge. (8:09-cv-01038-PJM)

Submitted: July 13, 2012        Decided: August 7, 2012

Before KING and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Benord Angelo Burrell, Appellant Pro Se. Stephanie Judith Lane
Weber, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore,

Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benord Angelo Burrell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Burrell v. Sowers</u>, No. 8:09-cv-01038-PJM (D. Md. Feb. 24, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>